IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLEEN RISPO<br>853 Village Lane<br>Bensalem, PA 19020 | :<br>:<br>: | |
| vs. | : | |
| ABBY LOVING<br>25 Narragasset Avenue<br>Clementon, NJ 08021 | :<br>: | NO: 02-3759 |
| And | | |
| PAUL LOVING AND<br>SUSAN LOVING<br>25 Narragasset Avenue<br>Clementon, NJ 08021 | : | |

### DISCOVERY PLAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)

AND NOW, this _____ day of _____, 2002, the parties in the above captioned matter subject the following discovery plan pursuant to FRCP26(f):

1. Plaintiff's expert reports on both liability and damages shall be exchanged no later than October 1, 2002.

2. Defendant's expert reports on both liability and damages shall be exchanged no later than November 1, 2002.

3. All discovery shall be completed no later than October 1, 2002.

4. All Dispositive Motions shall be filed no later than October 15, 2002. The parties may file supplemental briefs, however, such filings will not necessarily delay the Court's ruling on the subject motion.

5.   This case will be ready for an Arbitration hearing by December 1, 2002.

_____    _____
RUDOLPH V. DE GEORGE, II, ESQUIRE    TRACEY M. MCDEVITT, ESQUIRE
Attorney for Plaintiff    Attorney for Defendants