IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLLEEN RISPO | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| ABBY LOVING, ET AL | : | NO. 02-3759 |

O R D E R

_____AND NOW, this 22nd day of August, 2002, upon agreement of counsel, IT IS HEREBY ORDERED that:

    1. The above-captioned matter shall be placed in the Arbitration Case Management Track, and

    2. An arbitration hearing shall be scheduled for a date in November, 2002.


BY THE COURT:


_____
JOHN R. PADOVA,          J.