IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLEEN RISPO | : | CIVIL ACTION |
| vs. | : | |
| ABBY LOVING, PAUL LOVING, SUSAN LOVING | : | NO. 02-3759 |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, November 14, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date: September 5, 2002

Copies:     Geraldine Keane, Secretary to Judge Padova
            Docket Clerk - Case File

       Counsel:    Joseph P. Stampone, Esq.
                   Tracey M. McDevitt, Esq.

ARB2.FRM