IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COLEEN RISPO                            :          CIVIL ACTION

     vs.                              :

ABBY LOVING,                            :
PAUL LOVING,
SUSAN LOVING                            :          NO. 02-3759

**NOTICE OF ARBITRATION HEARING**

     Please take note that the above-captioned civil action case has been rescheduled for

ARBITRATION at 9:30 am on Friday, November 22, 2002**\***.  **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                Michael E. Kunz
                                                Clerk of Court

**\*Case continued from November 14, 2002**
**NO FURTHER CONTINUANCES**
**WILL BE GRANTED WITHOUT**
**COURT APPROVAL\***                     By:_____
                                                ADRIENNE MANN
                                                Deputy Clerk
                                                Phone:267-299-7075

Date:<u>October 31, 2002</u>

Copies:      Geraldine Keane, Secretary to Judge Padova
              Docket Clerk - Case File

           Counsel:     Joseph P. Stampone, Esq.
                         Tracey M. McDevitt, Esq.

           Arbitrators:  Harold Kaufman, Esq., Chair
                         Franklin Poul, Esq.
                         Ann-Michele Higgins, Esq.

ARB2.FRM