IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLEEN RISPO | : | CIVIL ACTION |
| | : | |
| vs. | | |
| | : | |
| ABBY LOVING,<br>PAUL LOVING,<br>SUSAN LOVING | : | |
| | : | |
| | : | NO. 02-3759 |

**CIVIL JUDGMENT**

BEFORE PADOVA, J.

      AND NOW, this          day of January,  2003, it appearing that an Arbitration Award was entered and filed on November 25, 2002, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

      ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Plaintiff Coleen Rispo and against Defendant Abby Loving in the amount of $50,000.00.

ATTEST:                              OR                              BY THE COURT:

By:_____
Deputy Clerk                                                                 JOHN R. PADOVA, J.

ARB 16