IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLEEN RISPO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ABBY LOVING, ET AL | : | N0. 02-3759 |

## ORDER

AND NOW, this 28th of January, 2003, in accordance with the stipulation entered into between the parties at arbitration, **IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice as to defendants Paul Loving and Susan Loving pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS FURTHER ORDERED** that the Clerk mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____

John R. Padova          J.